UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAR YOUNG | ) | No. 2:13-cr-193-GZS |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

     The United States Magistrate Judge filed with the Court on September 1, 2014, his Recommended Decision (ECF No. 224) as well as a Memorandum Decision and Order on Motions to Sever and for Bill of Particulars (ECF No. 225) on September 1, 2014. Defendant filed his Objection to the Recommended Decision on the Motions to Dismiss (ECF No. 233) on September 18, 2014. Defendant filed his Objection to the Recommended Decision on the Motion to Suppress (ECF No. 234) on September 18, 2014. Defendant filed his Objection to the Memorandum Decision and Order on Defendant's Motion to Sever (ECF No. 235) on September 18, 2014. Defendant filed his Objection to the Memorandum Decision and Order on Motion for Bill of Particulars (ECF No. 236) on September 18, 2014. The Government filed its Response to Defendant's Objections to the Recommended Decision and Memorandum Decision (ECF No. 240) on October 6, 2014.

     I have reviewed and considered the Magistrate Judge's Recommended Decision and Memorandum Decision, together with the entire record; I have made a de novo determination of all

matters adjudicated by the Magistrate Judge's Recommended Decision and Memorandum Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and Memorandum Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision and Memorandum Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Suppress (ECF No. 112) is **GRANTED** in part with respect to all statements made by the Defendant on March 11, 2014, other than his initial statement, and otherwise is **DENIED**.

3. It is hereby **ORDERED** that Defendant's Motions to Dismiss (ECF Nos. 109 and 110) are hereby **DENIED**.

4. It is hereby **ORDERED** that Defendant's Motion to Sever (ECF No. 111) is **MOOT without prejudice** to the extent that Defendant seeks severance of his trial from those of his co-defendants and otherwise are **DENIED**.

5. It is hereby **ORDERED** that Defendant's Motion for Bill of Particulars (ECF No. 108) is hereby **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 20th day of October, 2014.